# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **ROGER PALSGROVE,** | ) | |
|     **Plaintiff,** | ) | **Civil Action No: 3:21-cv-00137** |
| | ) | |
| **v.** | ) | |
| | ) | **U.S. Magistrate Judge Peter B. Silvain, Jr.** |
| **KILOLO KIJAKAZI,** | ) | **(by consent of the parties)** |
| **Acting Commissioner of** | ) | |
| **Social Security,** | ) | |
|     **Defendant.** | ) | |

## ORDER

The Defendant having filed an Unopposed Motion to Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g), due notice having been given, and the Court being advised in the premises:

1. The Unopposed Motion to Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g), is **GRANTED**.

2. On remand, the agency will request that the Appeals Council remand this case to an Administrative Law Judge to hold another hearing and issue a new decision.

3. Because remand is pursuant to sentence six of 42 U.S.C. § 405(g), this Court retains jurisdiction and final judgment will not be entered.

**IT IS SO ORDERED.**


September 28, 2021                                         *s/Peter B. Silvian, Jr.*
                                                                               Peter B. Silvain, Jr.
                                                                               United States Magistrate Judge